186 So. 921

**Arthur LANGHAM v. STATE.**

3 Div. 791.

Court of Appeals of Alabama.

Jan. 10, 1939.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.